UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GABRIEL SANCHEZ-SAUCEDO,

    Defendant.
_____/

Hon. Phillip J. Green

Case No. 1:16-mj-00084

## **ORDER**

    Defendant appeared before me on March 21, 2016, with retained counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f). After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing, reserving the right to a hearing at a later date, should the circumstances relating to his immigration matter change. I find that his waiver was knowingly and voluntarily entered. I also note that Immigration and Customs Enforcement (ICE) has lodged a detainer against defendant.

    Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

    DONE AND ORDERED this 21st day of March, 2016.

      /s/ Phillip J. Green
    PHILLIP J. GREEN
    United States Magistrate Judge